UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re: Shahara Khan

                                                                 Case#: 46901/10
                                                                 Chapter 7

                    Debtor(s)
-------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1 (a)

       Shahara Khan, undersigned debtor(s) herein, being duly sworn, states and alleges as follows:

1.      That I filed a petition under Chapter 7 of the Bankruptcy Code on July 27, 2010.

2.      I am currently unemployed and was unemployed at the time of filing my Chapter 7 bankruptcy Petition.

3.      I therefore have no pay stubs to submit to the court.


Dated: Corona, New York
          August 17, 2010

                                                                                                                        _____


Sworn to before me this _                                 /s/Shahara Khan
        day of July                                         Shahara Khan

/s/ Eugene M. Banta




UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

Case#:<br>
Chapter 7

Debtor(s)

-------------------------------------------------------X

## APPLICATION FOR AN ORDER DIRECTING CORRECTION
## OF SOCIAL SECURITY NUMBER(S)

To the Hon. _____, Bankruptcy Judge:

, Debtor, applies to the Court for an order directing that the official record in this case be modified to reflect the correct Social Security Number of the Debtor (and/or Join Debtor, if applicable). The attorney states the following in support of its application:

1. This case was commenced by the filing of a petition under the Chapter 7 of the Code on January 7, 2010.

2. Due to the below-noted fling omission or clerical error, the Social Security Number of the Debtor (and/or Join Debtor, if applicable) was not provided to the Court:

    ☐  Official Form 21, Statement of Social Security Number, was not submitted at the time of filing of the petition.

    ☐  The Social Security Number of the Debtor (and/or Join Debtor, if applicable) was incorrectly stated on the Official Form 21, Statement of Social Security Number, which accompanied the petition.

3. A Statement of Social Security Number (or an Amended Statement of Social Security Number) has now been filed, correctly stating the Social Security Number(s) of the Debtor(s).

    WHEREFORE, the Debtor prays for an order directing correction of the Social Security Number (s) of the Debtor(s), and for such further relief as the Court deems just.

Dated: Corona, New York
       January 7, 2010

Debtor,